ORIGINAL



KENJI M. PRICE #10523
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant United States Attorney
300 Ala Moana Blvd., Room 6-100
PJKK Federal Building
Honolulu, HI 96850
Telephone:      (808) 541-2850
Facsimile:      (808) 541-2958
Email:          Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. CR19 00165 LEK |
|---|---|---|
| Plaintiff, | ) | INFORMATION |
| v. | ) | [18 U.S.C. § 4] |
| BARBARA WILLIAMS, | ) | |
| Defendant. | ) | |

INFORMATION

The United States Attorney charges:

<u>Misprision of Felony</u><br>
18 U.S.C. § 4

Beginning on or about between May 16, 2013 and December 2015, both dates being approximate and inclusive, within the District of Hawaii and elsewhere, the defendant, BARBARA WILLIAMS, having knowledge of the actual commission of a felony cognizable by a court of the United States, namely, the use of interstate wire communications to execute, and attempt to execute, a scheme to defraud homeowners and mortgage companies through false representations of fact and material omissions, in violation of Title 18, United States Code, Section 1343, did conceal the same and did not as soon as possible

//

//

//

//

//

//

//

//

//

make known the same to some judge or other person in civil or military authority under the United States.

All in violation of Title 18, United States Code, Section 4.

DATED:   Honolulu, Hawaii, November 7, 2019.

_____
KENJI M. PRICE
United States Attorney

_____
KENNETH M. SORENSON
Assistant U.S. Attorney

United States v. Barbara Willliams
Information
Cr. No. _____

3