ORIGINAL

AO 83 (Rev. 12/85) Summons in a Criminal Case

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 13 2019
at 2 o'clock and 00 min. PM
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

V.

BARBARA WILLIAMS
(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

Case Number: CR 19-00165 LEK

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | Room<br>Courtroom 'AHA NONOI |
|---|---|
| Before: Leslie E. Kobayashi, United States District Judge | Date and Time<br>December 18, 2019 at 2:45 pm |

To Answer a(n) Information

Charging you with a violation of Title 18 United States Code, Section(s) 4.

Brief description of offense:
Misprision of Felony

RECEIVED
2019 NOV 26 AM 10:51
U.S. MARSHAL'S SERVICE
HONOLULU, HI

Sue Beitia, Clerk of Court
Name and Title of Issuing Officer

/s/ Sue Beitia by ET
Signature of Issuing Officer/Deputy Clerk

November 26, 2019
Date

AO 83 (Rev.06/09) Summons in a Criminal Case (Page 2)

Case No.     CR 19-00165 LEK ; USA VS. BARBARA WILLIAMS

## PROOF OF SERVICE

This summons was received to me on *(date)* _____.

☐ I personally served the summons on this defendant _____ at *(place)* _____ On *(date)* _____;

or

☐ On *(date)* _____ I left the summons at the individuals residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____, who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organization's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____
_____.

I declare that under penalty of perjury that this information is true.

Date returned: _____     _____
                                    *Server's Signature*

                                    _____
                                    *Printed name and title*

Remarks:

2

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____          Postmark
☐ Certified Mail Restricted Delivery $ _____          Here
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$
Total Postage and Fees   6.80
$
Sent To   B.Williams 11/26/19 CR 19-00165
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Tracking: 7016 2710 0000 8752 2253

U.S. Department of Justice
United States Marshals Service
District of Hawaii
300 Ala Moana Boulevard, Suite 2800
Honolulu, HI 96850
Official Business
Penalty for Private Use $300

CERTIFIED MAIL

7016 2710 0000 8752 2253

Barbara Williams
2306 Bluebonnet Drive
Killeen, TX  76549

RETURN RECEIPT REQUESTED

RECEIVED 2019 DEC 13 AM 10:15 U.S. MARSHALS SERVICE

NIXIE   787  DE 1        0012/05/19
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
BC: 96850497199     *1372-01241-27-48

US POSTAGE FIRST-CLASS $6.80
062S0011359667
FROM 96850

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Barbara Williams
   2306 Bluebonnet Drive
   Killeen, TX  76549

   9590 9402 5058 9092 1195 84

2. Article Number (Transfer from service label)

   7016 2710 0000 8752 2253

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature   X _____
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

184