# MINUTES

CASE NUMBER:  CRIMINAL NO. 19-00165 LEK
                                (17-00101-3 LEK)

CASE NAME:  USA vs.  Barbara Williams

ATTYS FOR PLA:  Kenneth M. Sorenson

ATTYS FOR DEFT:  Birney B. Bervar

JUDGE:  Leslie E. Kobayashi      REPORTER:  Cynthia Fazio

DATE:  12/18/2019      TIME:  02:45 PM - 03:20 PM

COURT ACTION:  EP: Initial appearance, Waiver of Indictment, Arraignment & Plea to Felony Information held.

Defendant present, not in custody.

Defendant Barbara Williams sworn, questioned by the Court. Charges received.

Waiver of Indictment signatures verified, approved and filed.
**Memorandum of Plea agreement**, signatures verified and filed

Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, possible penalties, supervised release, possible loss of civil rights, limited rights to appeal, etc.

Plea of Guilty as to the Felony Information entered by the Defendant.  Court accepts Defendant's Plea of Guilty.  Court **defers** full acceptance of Plea Agreement until after pre-Sentence report is prepared.  Pre-Sentence report ordered from USPO.

Charges have been received.

Defendant, Barbara Williams, pleads GUILTY to Felony Information.

All pending dates and hearings for CR17-00101-3 LEK are VACATED.

SENTENCING to Felony Information set for April 23, 2020 at 3:30 PM before Judge Leslie E. Kobayashi.

All conditions of release as previously entered in CR17-00101 LEK remain in effect.

Submitted by: Agalelei Elkington, Courtroom Manager