AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| | |
|---|---|
| United States of America<br>v.<br>BARBARA WILLIAMS<br><br>*Defendant* | )<br>)  Case No.  19-00165 LEK<br>)<br>)<br>) |

*FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII*
*DEC 18 2019*
*at 2 o'clock and 45 min. PM*
*SUE BEITIA, CLERK*

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____12/18/2019_____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____BIRNEY B. BERVAR_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____LESLIE E. KOBAYASHI, U.S. District Judge_____
*Judge's printed name and title*