KENJI M. PRICE  #10523
United States Attorney
District of Hawaii

KENNETH M. SORENSON
GREGG PARIS YATES  #8225
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
E-Mail:     Gregg.Yates@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO.  19-165 LEK |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER TO RESCHEDULE |
| vs. | ) | SENTENCING DATE |
| | ) | |
| BARBARA WILLIAMS, | ) | Old Date:   July 23, 2020 |
| | ) | New Date: September 24, 2020 |
| Defendant. | ) | Time:       3:15 p.m. |
| | ) | Judge:     Hon. Leslie K. Kobayashi |

STIPULATION AND ORDER TO CONTINUE SENTENCE

Pursuant to Rule 32(b)(2) of the Federal Rules of Criminal Procedure and Local Rule 32.1(g) of the Criminal Local Rules of Practice for the U.S. District Court for the District of Hawaii, the United States of America and the defendant, Barbara Williams, through their respective attorneys, jointly request and stipulate to a continuance of the sentencing date from July 23, 2020 to September 24, 2020.

Good cause supports this joint request and stipulation. Additional time is required before the defendant's sentencing in part to complete the presentence investigation, including for instance, properly calculating the actual and intended fraud loss of the victims. As the Court is aware, the defendant in this matter has pled guilty to a misprision of felony count related to the criminal conduct charged in *United States v. Anthony Williams et al.,* Cr. No. 17-101. At issue in both matters is a complex mortgage fraud involving at least 112 victims in the State of Hawaii alone.

//
//
//
//
//
//
//

In light of the foregoing, the parties jointly request and stipulate to a continuance of the defendant's sentencing date from July 23, 2020 to September 24, 2020.

DATED: June 2, 2020, at Honolulu, Hawaii.

    KENJI M. PRICE
    United States Attorney
    District of Hawaii

  By  /s/ Gregg Paris Yates
    KENNETH M. SORENSON
    GREGG PARIS YATES
    Assistant U.S. Attorneys


  */s/ Birney B. Bervar*
  BIRNEY B. BERVAR
  Attorney for Defendant
  BARBARA WILLIAMS

ORDER CONTINUING SENTENCING

Based upon the representations of counsel and the stipulations of the parties, IT IS HEREBY ORDERED that:

The Court finds good cause to continue the Sentencing for Defendant Barbara Williams that was previously scheduled for July 23, 2020 at 3:30 p.m., to September 24, 2020 at 3:15 p.m., pursuant to Rule 32(b)(2) of the Federal Rules of Criminal Procedure and Local Rule 32.1(g) of the Criminal Local Rules of Practice for the U.S. District Court for the District of Hawaii.

IT IS SO ORDERED.

DATED:  June 3, 2020, at Honolulu, Hawaii.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

United States v. Barbara Williams, Cr. No. 19-00165 LEK
"Stipulation and Order to Continue Sentencing"