KENJI M. PRICE #10523
United States Attorney
District of Hawaii

GREGG PARIS YATES #8225
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email:  Gregg.Yates@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 19-00165-LEK |
| | ) | |
| Plaintiff, | ) | NOTICE OF APPEARANCE ON |
| | ) | BEHALF OF THE UNITED |
| vs. | ) | STATES; CERTIFICATE OF |
| | ) | SERVICE |
| BARBARA WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

NOTICE OF APPEARANCE ON BEHALF OF THE UNITED STATES

COMES NOW, Assistant United States Attorney Gregg Paris Yates, and hereby enters his appearance before the U.S. District Court, District of Hawaii, on behalf of the United States in the above-captioned case.

DATED:   August 19, 2020, at Honolulu, Hawaii.

    KENJI M. PRICE
    United States Attorney
    District of Hawaii


By */s/ Gregg Paris Yates*
  GREGG PARIS YATES
  Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | |
|---|---|
| Birney Bervar | bbb@bervar-jones.com |
| Bervar & Jones | |
| Alakea Corporate Tower | |
| 1100 Alakea Street, 20th Floor | |
| Honolulu, Hawaii 96813 | |

Attorney for Defendant
BARBARA WILLIAMS

DATED:   August 19, 2020, at Honolulu, Hawaii.

/s/ Melena Malunao
U.S. Attorney's Office
District of Hawaii