BERVAR & JONES
Attorneys at Law
A Law Partnership
BIRNEY B. BERVAR #5482

Alakea Corporate Tower
1100 Alakea Street, 20th Floor
Honolulu, Hawaii 96813
Phone: (808) 550-4990
Fax: (808) 550-4991

Attorney for Defendant
BARBARA WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR. NO. 19-00165-LEK |
|---|---|
| Plaintiff, | MOTION TO ALLOW DEFENDANT BARBARA WILLIAMS TO APPEAR AT SENTENCING BY REMOTE VIDEO OR AUDIO PROCEEDINGS OR IN THE ALTERNATIVE TO CONTINUE SENTENCING; EXHIBITS "A" – "B"; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE |
| vs. | |
| BARBARA WILLIAMS, | |
| Defendant. | |
| | Date:    September 24, 2020<br>Time:    3:15 p.m.<br>Judge:   Leslie E. Kobayashi |

MOTION TO ALLOW DEFENDANT BARBARA WILLIAMS
TO APPEAR AT SENTENCING BY REMOTE VIDEO OR
AUDIO PROCEEDINGS OR IN THE ALTERNATIVE
TO CONTINUE SENTENCING

Comes Now, Defendant Barbara Williams, through counsel, Birney B. Bervar, and moves the court to allow her to appear at her sentencing on September 24, 2020 by remote video or audio proceedings. Ms. Williams is 72 years old and resides in Killeen, Texas, where she has been released to reside during the pendency of this matter. Ms. Williams suffers from a number of underlying health conditions which are detailed in a supplemental exhibit to this motion filed under seal. These underlying health conditions make Ms. Williams vulnerable and susceptible to life threatening conditions should she contract the coronavirus.

This court's August 13, 2020 "Order Authorizing the Use of Telephonic and Video Hearings Pursuant to the Cases Act for the Time Period August 13, 2020 Through September 11, 2020" provides:

> Felony pleas under Rule 11 of the Federal Rules of Criminal Procedure and felony sentencings under Rule 32 of the Federal Rules of Criminal Procedure cannot be conducted in person without seriously jeopardizing public health and safety. As a result, if presiding judges in individual cases find, for specific reasons, that felony pleas or sentencings in those cases cannot be further delayed without serious harm to the interests of justice, judges may, with the consent of the defendant or the juvenile after consultation with counsel, conduct those proceedings by video conferencing or telephonic conferencing if video conferencing is not reasonably available. This authority extends to equivalent plea, sentencing or disposition proceedings under the Federal Juvenile Delinquency Act.

[See attached Exhibit "A," page 3.]

On August 24, 2020, the court issued a further "August 24, 2020 Temporary General Order Regarding District of Hawaii Response to COVID-19 Pandemic" which extended the court's authority to proceed with remote sentencing hearings. [See attached Exhibit "B."]

Given Ms. Williams' health conditions, travel to Hawaii would be hazardous to Ms. Williams' health. Furthermore, pursuant to this court's orders cited above and the State of Hawaii Governor's order, Ms. Williams would have to quarantine for 14 days after arrival in Hawaii before she could appear in court. Ms. Williams does not have the financial resources for such a two week quarantine.

Ms. Williams has the capability to appear by videoconference or telephone conference at her sentencing hearing. She would prefer the matter proceed as scheduled with such a video or audio appearance. However, if the court will not allow such a video or audio appearance, then Ms. Williams requests a continuance of her sentencing to a date when the coronavirus is no longer a threat to public health.

DATED: Honolulu, Hawaii, September 1, 2020.

/s/ Birney B. Bervar
BIRNEY B. BERVAR
Attorney for Defendant
BARBARA WILLIAMS