IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BARBARA WILLIAMS,<br><br>Defendant. | CR. NO. 19-00165-LEK<br><br>DECLARATION OF COUNSEL |

## DECLARATION OF COUNSEL

I, Birney B. Bervar, declare as follows:

1. I am the attorney for Defendant Barbara Williams in the above-captioned case.

2. That the facts and statements in the attached motion and exhibits are true and correct to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 1st day of September 2020.

/s/ Birney B. Bervar
BIRNEY B. BERVAR