CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be served electronically through CM/ECF on the following:

    KENNETH M. SORENSON
    Assistant U.S. Attorney
    Ken.Sorenson@usdoj.gov

    GREGG P. YATES
    Assistant U.S. Attorney
    Gregg.Yates@usdoj.gov

DATED: Honolulu, Hawaii, September 1, 2020.

    /s/ Birney B. Bervar
    BIRNEY B. BERVAR
    Attorney for Defendant
    BARBARA WILLIAMS