# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 19-00165 LEK |
| CASE NAME: | USA vs. Barbara Williams |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 09/02/2020 |

COURT ACTION:   EO: GRANTING DEFENDANT MOTION (DKT. [18]) TO APPEAR AT SENTENCING BY REMOTE VIDEO CONFERENCE.

On September 1, 2020, Defendant filed her motion for leave to appear at sentencing by remote video or audio proceedings or in the alternative to continue sentencing ("Motion")(dkt. no. [18]). She seeks to appear at sentencing by remote video conference for her sentencing hearing on September 24, 2020. Plaintiff United States of America does not oppose the Motion.

The Court FINDS that, under Section 15002(b) of the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act") that felony sentencing under Rule 32 of the Federal Rules of Criminal Procedure cannot be conducted in person without seriously jeopardizing public health and safety, and further FINDS that the following specific reasons exist that the sentencing in Defendant's case cannot be further delayed without serious harm to the interests of justice, and thus the sentencing must be conducted by video teleconference: (1) on August 213, 2020, the Chief Judge of the District of Hawai'i made the appropriate findings as required under the CARES Act that change of plea and sentencing hearings cannot be conducted in person without seriously jeopardizing public health and safety; (2) on August 13, 2020, the Chief Judge of the District of Hawai'i issued Temporary General Order limiting in-court hearings and delaying jury trials until October 13, 2020 because of the COVID-19 pandemic; (3) on August 18, 2020, Mayor Kurt Caldwell for the City and County of Honolulu issued his emergency Order 2020-24 and ordered resident to stay at home until September 11, 2020 because of the COVID-19 pandemic.

The Court CONCLUDES that the sentencing in this case cannot be further delayed without serious harm to the interest of justice. If the Court were to delay this hearing until it can be held in-person, it would add to the backlog of criminal and civil cases facing this Court, when normal operations resume.  With regard to this specific case, the sentencing cannot be further delayed without serious harm to the interests of justice because, while Defendant is released pending sentencing, she was initially arraigned on charges on April 23, 2018, [Court Minutes, filed 4/23/18 (dkt. no. 229),] in United States v. Williams, et al., Criminal No. 17-00101 LEK, and she has been pending resolution of this matter for that length of

time.

For the foregoing reasons, the Motion is hereby GRANTED.

    IT IS SO ORDERED.


Submitted by: Agalelei Elkington, Courtroom Manager