Case 1:19-cr-00165-LEK   Document 27   Filed 12/30/20   Page 1 of 2   PageID #: 269

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Dec 30, 2020, 8:57 pm
Michelle Rynne, Clerk of Court

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
PROBATION OFFICE

December 28, 2020

JONATHAN K. SKEDELESKI
Chief U.S. Probation Officer

TIMOTHY M. JENKINS
Deputy Chief U.S. Probation Officer

Room 2300
300 Ala Moana Boulevard
Honolulu, Hawaii 96850-0001
Tel: (808) 541-1283
Fax: (808) 541-1345

# MEMORANDUM

TO: The Honorable Leslie E. Kobayashi
U.S. District Judge

FROM: Anne M. Shimokawa
U.S. Probation Officer

SUBJECT: **WILLIAMS, Barbara**
**Case No. CR 19-00165LEK-01**
**REQUEST FOR SUSPENSION OF VOICE RECOGNITION MONITORING AND FOR TRAVEL**

The purpose of this memorandum is to request that Ms. Williams be granted permission to suspend Voice Recognition monitoring and to travel to Leesville, Louisiana. As the Court may recall, on 09/24/2020 Your Honor sentenced Ms. Williams to 5 years probation for Misprision of a Felony. The Court also imposed a special condition for monitoring by Voice Recognition for a period of 180 days.

Ms. Williams is currently being supervised in the Western District of Texas and has reportedly been compliant with Voice Recognition. On 12/23/2020, her sister, Joanne Carson, passed away due to COVID-19. Ms. Williams is requesting permission to attend the funeral service in Leesville, Louisiana, leaving on or about 12/31/2020 and returning on or about 01/03/2021.

The U.S. Probation Office in the Western District of Texas does not object to the granting of this request. Should the Court concur with the suspension of Voice Recognition monitoring, the number of suspended days would be added to the current period of monitoring.

Based on Ms. Williams' compliance with her conditions of supervision and the purpose of her travel, it is recommended that Your Honor grant her request to suspend Voice Recognition monitoring and allow her to travel to Louisiana. Should Your Honor agree to the request, please indicate such below.

APPROVED:

_____

ANNE M. SHIMOKAWA  
U.S. Probation Officer

MALIA EVERSOLE  
Supervising U.S. Probation Officer

---

COURT ACTION DESIRED

__X__   **Approve** suspension of Voice Recognition monitoring from on or about 12/31/2020 until on or about 01/03/2021 and travel to Leesville, Louisiana

_____   **Deny** suspension of Voice Recognition monitoring and travel



/s/ Leslie E. Kobayashi  
Leslie E. Kobayashi  
United States District Judge

Date: December 30, 2020